STATE OF NEW JERSEY v. BENJAMIN BLAKE.

December 20, 1971.  Petition for certification denied.

MEREDITH H. O'HARA, EXECUTOR, *ETC.* v. SIDNEY GLA-SER, ACTING DIRECTOR, DIVISION OF TAXATION.

December 20, 1971.  Petition for certification granted.

STATE OF NEW JERSEY IN THE INTEREST OF K.V.N., A JUVENILE.

February 15, 1972.  Petition for certification granted.

STATE OF NEW JERSEY v. WILLIAM J. LERNER.

February 15, 1972.  Petition for certification denied.

DONNELLY BROTHERS v. GENERAL ACCIDENT AND LIFE INSURANCE CORP., LTD. *ET AL.*

February 15, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. JOHN PRISTELL.

February 15, 1972.  Petition for certification denied.